JODI LINKER  
Federal Public Defender  
KARTHIK RAJU  
Assistant Federal Public Defender  
450 Golden Gate Ave., FL. 19  
San Francisco, CA 94102  
Telephone: (415) 517-7716  
Karthik_Raju@fd.org  

Counsel for Defendant HERNANDEZ DIAZ  

UNITED STATES DISTRICT COURT  

NORTHERN DISTRICT OF CALIFORNIA  

SAN FRANCISCO DIVISION  

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CRISTIAN HERNANDEZ DIAZ <br> Defendant. | Case No.: CR 24-338 JSC <br><br> STIPULATION TO CONTINUE STATUS AND [~~PROPOSED~~] ORDER <br><br> HON. JACQUELINE S. CORLEY <br> UNITED STATES DISTRICT JUDGE |

IT IS HEREBY STIPULATED by the parties to this action that the change of plea hearing currently set for April 23, 2025, be continued to May 21, 2025. Counsel for the defendant and government continue to work towards resolution of this matter and expect that the parties will be ready to proceed with a change of plea on May 21, 2025.

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from April 23, 2025 through May 21, 2025 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 23, 2025 through May 21, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 23, 2025 through May 21, 2025 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

DATED: April 22, 2025                            /S/
                                                 _____
                                                 KARTHIK RAJU
                                                 Assistant Federal Public Defender

DATED: April 22, 2025                            /S/
                                                 _____
                                                 ABRAHAM SIMMONS
                                                 Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the change of plea hearing currently set for April 23, 2025, be vacated, and reset to a status hearing on May 21, 2025. Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from April 23, 2025 through May 21, 2025 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 23, 2025 through May 21, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 23, 2025 through May 21, 2025 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: April 22, 2025                            _____
                                                 HON. JACQUELINE S. CORLEY
                                                 UNITED STATES DISTRICT JUDGE